```
_____ FILED _____ LODGED
         _____ RECEIVED
```

Sep 20, 2018

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

COLE R. MUELLER,

Defendant.

No. CR18- 5488

INFORMATION

(Misdemeanor)

The United States Attorney charges that:

## COUNT I

On or about August 10, 2018, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, COLE R. MUELLER, did drive a motor vehicle while under the influence of intoxicating liquor or drugs.  The defendant's BAC was above 0.15.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.502.

## COUNT II

On or about August 10, 2018, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, COLE R. MUELLER, did fail to maintain his lane of travel while

INFORMATION
United States v. COLE R. MUELLER
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 -- (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

operating a motor vehicle.

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R. Pt. 210, and R.C.W. 46.61.140.

### COUNT III

On or about August 10, 2018, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, COLE R. MUELLER, did unlawfully fail to bring his vehicle to a complete stop before entering an intersection designated with a posted stop sign.

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R., Pt. 210, and R.C.W. 46.61.200.

DATED this 20th day of September, 2018.

ANNETTE L. HAYES
United States Attorney

BRITTANY M. GUNTER
Special Assistant United States Attorney

INFORMATION
United States v. COLE R. MUELLER
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil